UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

'12 MAY -8 P12:25

UNITED STATES OF AMERICA

vs.

**DEMARCUS A. WILLIAMS**
**GARY M. MCCARLEY**

INDICTMENT

NO. 5:12CR16-R

18 U.S.C. § 922(d)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(j)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 2

The Grand Jury charges:

### COUNT 1

On or about April 29, 2011, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **DEMARCUS A. WILLIAMS**, aided and abetted by others, sold and disposed of a firearm and ammunition, to wit: a Hi-Point, 9mm caliber handgun, serial number P1445744; and seven rounds of 9mm ammunition, to a person who **DEMARCUS A. WILLIAMS** knew or had reasonable cause to believe had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1), 924(a)(2), and 2.

The Grand Jury further charges:

### COUNT 2

On or about April 29, 2011, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **DEMARCUS A. WILLIAMS**, aided and abetted by others, possessed and concealed a stolen firearm, which had been transported in interstate commerce, to wit: a Hi-

Point, 9mm caliber handgun, serial number P1445744; and seven rounds of 9mm ammunition, knowing and having reasonable cause to believe that the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

The Grand Jury further charges:

## COUNT 3

On or about July 20, 2011, in the Western District of Kentucky, Christian County, Kentucky, the defendants, **DEMARCUS A. WILLIAMS** and **GARY M. MCCARLEY**, aided and abetted by each other and others, sold and disposed of a firearm and ammunition, to wit: a Cobra Enterprises, Model CA380, .380 caliber handgun, serial number CP015275; and thirty-nine rounds of .380 caliber ammunition, to a person who **DEMARCUS A. WILLIAMS** knew or had reasonable cause to believe had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1), 924(a)(2), and 2.

The Grand Jury further charges:

## COUNT 4

EGD

On or about ~~November 5, 2008~~ July 20, 2011, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **GARY M. MCCARLEY**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is:

> On or about February 7, 2007, in Christian County, Kentucky, **MCCARLEY** was convicted of Possession of Controlled Substance, First Degree, (Cocaine); Wanton Endangerment, First Degree; and Fleeing or Evading, First Degree under Indictment 06-CR-646;

knowingly possessed, in and affecting commerce, a firearm, to wit: a Cobra Enterprises, Model CA380, .380 caliber handgun, serial number CP015275.

In violation of Title 18, United States Code, Section 922(g)(1).

The Grand Jury further charges:

### COUNT 5

On or about August 17, 2011, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **DEMARCUS A. WILLIAMS**, aided and abetted by others, sold and disposed of a firearm and ammunition, to wit: a North American Arms, Model NAA22, .22 caliber handgun, serial number E000667; and four rounds of .22 caliber ammunition, to a person who **DEMARCUS A. WILLIAMS** knew or had reasonable cause to believe had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1), 924(a)(2), and 2.

A TRUE BILL.

FOREPERSON

DAVID J. HALE
UNITED STATES ATTORNEY

DJH:MAC 5/8/2012

3

UNITED STATES OF AMERICA v. **DEMARCUS A. WILLIAMS** and **GARY M. MCCARLEY**

## PENALTIES

Counts 1-5:    NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  |  |
|---|---|
| Misdemeanor: $ 25 per count/individual | Felony: $100 per count/individual |
| $125 per count/other | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

   1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

      For offenses occurring after December 12, 1987:

      No **INTEREST** will accrue on fines under $2,500.00.

      **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

      **PENALTIES** of:

      10% of fine balance if payment more than 30 days late.

      15% of fine balance if payment more than 90 days late.

   2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

   3.   Continuous **GARNISHMENT** may apply until your fine is paid.

   18 U.S.C. §§ 3612, 3613

      If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5: 12CR16-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA
vs.
DEMARCUS A. WILLIAMS

GARY M. MCCARLEY

## INDICTMENT
Title 18 U.S.C. §§ 922(d)(1); 924(a)(2); 2; 922(j); 922(g)(1):
Aiding and Abetting; Sale and Disposal of Firearms and Ammunition to Convicted Felons; Possessing and Concealing a Stolen Firearm Which had Been Transported in Interstate Commerce; Possession of a Firearm by a Convicted Felon.

*A true bill.*



_____
                          *Foreman*

*Filed in open court this* 8th *day, of* May, A.D. 2012.

FILED
Clerk
MAY 08 2012
VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK

*Bail, $*